# EXHIBIT A

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
10/3/2021 12:02:12 AM
Filing ID 13448939

Person/Attorney Filing: Michael Medina JR
Mailing Address: 40 E. Rio Salado Pkwy., Ste. 425
City, State, Zip Code: Tempe, AZ 85281
Phone Number: (480)344-4035
E-Mail Address: mcuevas@davismiles.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 014846, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

KATHLEEN ALBERT
Plaintiff(s),
v.
TARGET CORPORATION, a foreign
corporation, et al.
Defendant(s).

Case No. **CV2021-015530**

**SUMMONS**

To: TARGET STORES, INC., a foreign corporation

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *October 03, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZTurboCourt.gov Form Set #61465578

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
10/3/2021 12:02:12 AM
Filing ID 13448935

# ⟁ Davis Miles

## McGuire Gardner

40 East Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

**Michael E. Medina, Jr., Bar No. 014846**
mmedina@davismiles.com
**Steven E. Weinberger, Bar No. 015349**
sweinberger@davismiles.com
**Dwayne D. Burns, Bar No. 032448**
dburns@davismiles.com

*Attorneys for Plaintiffs*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

CV2021-015530

KATHLEEN ALBERT,

Plaintiff,

v.

TARGET CORPORATION, a foreign corporation; TARGET STORES, INC., a foreign corporation, ABC PARTNERSHIPS I through X, and BLACK CORPORATIONS I through X,

Defendants.

**CASE NO.:**

**COMPLAINT**

Plaintiff Kathleen Albert, by and through counsel, allege the following:

**Parties, Jurisdiction, and Venue**

1.     Plaintiff Kathleen Albert is and was at all times relevant a resident of Maricopa County, Arizona.

2.     Defendant Target Corporation is a foreign corporation that at all relevant times is and was doing business in the Maricopa County, Arizona.

3.     Defendant Target Stores, Inc. is a foreign corporation that at all relevant times is and was doing business in Maricopa County, Arizona.

4.    Defendants, and each of them, caused events to occur in the Maricopa County. Plaintiff is informed and believes that each of the named Defendants herein is legally responsible in some manner for the events and happenings referred to in this Complaint and is legally and proximately responsible for the injuries and damages suffered by Plaintiff as further alleged in this Complaint.

5.    At all times material, Defendants Target Corporation and Target Stores, Inc. (hereafter collectively "Target"), and each of them, caused events to occur within Maricopa County, State of Arizona, out of which this Complaint arises, and therefore, jurisdiction and venue are proper in this Court.

6.    DOES I-X, ABC Partnerships I-X, and XYZ Corporations I-X are corporations, businesses, entities, person, agents, servants, or employees whose true names are not known to Plaintiff at the present time. Plaintiff is informed and upon information and belief, alleges that DOES I-X, ABC Partnership I-X, and XYZ Corporations I-X are residents of the State of Arizona or are doing business in the State of Arizona. When the true names of said persons, agents, servants, employees, corporations, or entities become known to Plaintiff, will ask leave of the court to amend the Complaint to reflect such true names together with the appropriate charging instruction allegations. Each of these Defendants caused Plaintiff's injuries and damages by their negligence or by their breach of duties owed to Plaintiff, or otherwise responsible as a matter of law for the acts of others who caused Plaintiff's injuries and damages by such negligence and breach of duty.

7.    All acts complained of were done by Defendants or their authorized agents, and if done by Defendants' employees, were performed while in the course and scope of their ownership, employment, and/or agency so that the Defendant is legally responsible for their agents' or employees' act.

**General Allegations**

8.     Defendants Target owned, operated, and controlled and maintained the building,

property located at 4734 E. Ray Road, Phoenix, Arizona 85044.

9.     On October 3, 2019, Plaintiff Kathleen Albert was a business invitee lawfully on the premises of the Defendants Targetstore located at 4734 E. Ray Road, Phoenix 85044.

10.    On October 3, 2019, Defendants Target were in the process of renovating the entryway flooring at the Target store located at 4734 E. Ray Road, Phoenix 85044. During this renovation process, the store and its entry was open to the general public and the business invitees of Target, including Plaintiff. There were no danger, hazard or warning signs or placards posted in the area, nor were there any cones or other signage up to redirect store patrons to enter or exit the store over a threshold that provided a safer means of ingress or egress.

11.    During the renovation, Defendants Target or their agents created, allowed, and/or permitted a dangerous condition, i.e., exposed concrete and the metal exit threshold at a height that created a trip hazard, at the Target store located at 4734 E. Ray Road, Phoenix 85044.

12.    After completing her shopping, Plaintiff Kathleen Albert was carrying the items that she purchased including a two-way shower rod that was packaged in a box approximately 15"x 9" x 3" and her purse towards the exit.

13.    Due to the height differential/disparity of the exposed metal exit threshold, Plaintiff Kathleen Albert's foot and sandal was caught on the threshold causing her to fall and strike her left hip and the left side of her head on the concrete outside the store.

14.    Plaintiff Kathleen Albert's also injured her hand when it struck the concrete when she attempted to break her fall.

## NEGLIGENCE AGAINST THE TARGET DEFENDANTS

15.    Plaintiff Kathleen Albert re-alleges and incorporates by reference all those facts and allegations in the paragraphs above and further alleges:

16.    The Target Defendants failed to exercise reasonable care during the renovation of the front entry to the Target store located at 4734 E. Ray Road, Phoenix 85044 by creating a hazardous

condition due to the metal exit threshold height above the concrete floor.

17.     The Target Defendants failed to exercise reasonable care during the renovation of the front entry to the Target store located at 4734 E. Ray Road, Phoenix 85044 by failing to properly warn their customers, including Plaintiff Kathleen Albert, of the hazardous condition created by the renovation front entry.

18.     The Target Defendants have a non-delegable duty to ensure the premises they own and control are reasonably safe for all individuals and business invitees, including Plaintiff Kathleen Albert.

19.     As a direct and proximate result of the Target Defendants' negligence, Plaintiff Kathleen Albert was injured and suffered severe injuries.

20.     As a direct and proximate result of the Target Defendants' negligence, Plaintiff Kathleen Albert has incurred medical bills for her care and may incur additional medical expenses in the future.

21.     As a direct and proximate result of the Target Defendants' negligence, Plaintiff Kathleen Albert was injured and has and will continue to suffer pain, discomfort, disability, and anxiety.

22.     The total amount of Plaintiff Kathleen Albert's damages is presently unknown, but well in excess of the of the jurisdictional minimum of this Court.

**Tier Assignment**

23.     Plaintiff Kathleen Albert re-alleges and incorporates by reference all prior allegations set forth in this Complaint as though fully set forth herein and further alleges:

24.     This case meets the criteria for assignment as a Tier 2 case under Arizona Rules of Civil Procedure Rule 26.2.

25. The sum of relief sought is such as to meet the requirement for assignment as a Tier 2 Case under Arizona Rules of Civil Procedure Rule 26.2

## **Prayer for Relief**

Plaintiff Kathleen Albert respectfully requests judgment against the Target Defendants, and each of them as follows:

A. For judgment in their favor on all causes of action;

B. For compensatory damages plus special incidental damages, in amounts to be determined;

C. For damages for the loss of marital consortium, in an amount to be determined;

D. For costs of this suit, in an amount to be determined;

E. For pre- and post-judgment interest as permitted by law; and

F. For other such relief as this Court deems just and proper.

DATED this 2nd day October, 2021.

**DAVIS MILES MCGUIRE GARDNER PLLC**

*Michael E. Medina, Jr.*

By:_____

Michael E. Medina, Jr.
Dwayne D. Burns
*Attorneys for Plaintiffs*

Copy of the forgoing efiled via TurboCourt
this 2nd day of October 2021:

Clerk of the Super Court
Maricopa County

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
10/3/2021 12:02:12 AM
Filing ID 13448937

Person/Attorney Filing: Michael Medina JR
Mailing Address: 40 E. Rio Salado Pkwy., Ste. 425
City, State, Zip Code: Tempe, AZ 85281
Phone Number: (480)344-4035
E-Mail Address: mcuevas@davismiles.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 014846, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

KATHLEEN ALBERT
Plaintiff(s),

v.

TARGET CORPORATION, a foreign
corporation, et al.
Defendant(s).

Case No. **CV2021-015530**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS subject to compulsory arbitration, as provided by Rules 72 through 77 of the
Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Michael Medina JR /s/
Plaintiff/Attorney for Plaintiff

 **CT Corporation**

**Service of Process Transmittal**
10/25/2021
CT Log Number 540473824

**TO:**   Cathy Schuda
Target Corporation
1000 NICOLLET MALL
MINNEAPOLIS, MN 55403-2542

**RE:**   **Process Served in Arizona**

**FOR:**   Target Stores, Inc. (FN)  (Assumed Name)  (Domestic State: MN)
Target Corporation (True Name)

---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: KATHLEEN ALBERT // To: Target Corporation |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # CV2021015530 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/25/2021 at 01:44 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/25/2021, Expected Purge Date: 10/30/2021<br><br>Image SOP<br><br>Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>3800 N. Central Avenue<br>Suite 460<br>Phoenix, AZ 85012<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                          Mon, Oct 25, 2021

**Server Name:**                   Wayne Lamb

| Entity Served | TARGET STORES, INC. (FN) |
|---|---|
| Case Number | Cv2021-15530 |
| Jurisdiction | AZ |



Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
11/16/2021 8:54:47 AM
Filing ID 13613632

Jefferson T. Collins, Bar #016428
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 263-7346
Fax:  (602) 200-7825
jcollins@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendants

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| KATHLEEN ALBERT,<br><br>                                    Plaintiff,<br><br>         v.<br><br>TARGET CORPORATION, a foreign corporation; TARGET STORES, INC., a foreign corporation; ABC PARTNERSHIPS I through X; and BLACK CORPORATIONS I through X,<br><br>                                    Defendants. | NO. CV2021-015530<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>(Assigned to the Honorable John Hannah) |

Defendants Target Corporation and Target Stores, Inc. ("Answering Defendants"), by and through undersigned counsel, and for their Answer to Plaintiff's Complaint, admit, deny and allege as follows:

## **Parties, Jurisdiction, and Venue**

1.      These Answering Defendants admit the allegations contained in paragraph 1 of Plaintiff's Complaint.

2.     These Answering Defendants admit the allegations contained in paragraph 2 of Plaintiff's Complaint.

3.     These Answering Defendants deny the allegations contained in paragraph 3 of Plaintiff's Complaint and affirmatively allege that the only proper party defendant is Defendant Target Corporation.

4.     These Answering Defendants deny the allegations contained in paragraph 4 of Plaintiff's Complaint.

5.     In response to paragraph 5 of Plaintiff's Complaint, these Answering Defendants admit jurisdiction and venue but deny the remaining allegations contained in paragraph 5 Plaintiff's Complaint.

6.     No affirmative response is required to paragraph 6 of Plaintiff's Complaint but, to the extent an affirmative response is required, this Answering Defendant denies same.

7.     These Answering Defendants deny the allegations contained in paragraph 7 of Plaintiff's Complaint.

### General Allegations

8.     These Answering Defendants admit the allegations contained in paragraph 8 of Plaintiff's Complaint.

9.     These Answering Defendants admit the allegations contained in paragraph 9 of Plaintiff's Complaint.

10.    In response to paragraph 10 of Plaintiff's Complaint, these Answering Defendants admit that Plaintiff was involved in an accident on October 3, 2019 at the Target Store located at 4734 East Ray Road in Phoenix, Arizona.  These Answering Defendants deny the remaining allegations contained in paragraph 10 of Plaintiff's Complaint.

11.    These Answering Defendants deny the allegations contained in paragraph 11 of Plaintiff's Complaint.

9915828.1

12. These Answering Defendants deny the allegations contained in paragraph 12 of Plaintiff's Complaint.

13. These Answering Defendants deny the allegations contained in paragraph 13 of Plaintiff's Complaint.

14. These Answering Defendants deny the allegations contained in paragraph 14 of Plaintiff's Complaint.

## NEGLIGENCE AGAINST THE TARGET DEFENDANTS

15. In response to paragraph 15 of Plaintiff's Complaint, these Answering Defendants hereby incorporate their responses to paragraphs 1 through 14, above.

16. These Answering Defendants deny the allegations contained in paragraph 16 of Plaintiff's Complaint.

17. These Answering Defendants deny the allegations contained in paragraph 17 of Plaintiff's Complaint.

18. These Answering Defendants deny the allegations contained in paragraph 18 of Plaintiff's Complaint.

19. These Answering Defendants deny the allegations contained in paragraph 19 of Plaintiff's Complaint.

20. These Answering Defendants deny the allegations contained in paragraph 20 of Plaintiff's Complaint.

21. These Answering Defendants deny the allegations contained in paragraph 21 of Plaintiff's Complaint.

22. These Answering Defendants deny the allegations contained in paragraph 22 of Plaintiff's Complaint.

## Tier Assignment

23. In response to paragraph 23 of Plaintiff's Complaint, these Answering Defendants incorporate their responses to paragraphs 1 through 22, above

9915828.1

24.     These Answering Defendants admit the allegations contained in paragraph 24 of Plaintiff's Complaint.

25.     These Answering Defendants admit the allegations contained in paragraph 25 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

These Answering Defendants assert the following affirmative defenses:

26.     As and for a separate defense and in the alternative, these Answering Defendants allege that the Complaint fails to state a claim upon which relief may be granted against these Answering Defendants.

27.     As and for a separate defense and in the alternative, these Answering Defendants allege that Plaintiff was contributorily negligent and/or that any injuries received by Plaintiff was the result of an intervening/superseding cause or through the negligence of someone other than these Answering Defendants, all of which bars recovery to Plaintiff herein from these Answering Defendants.

28.     As and for a separate defense and in the alternative, these Answering Defendants allege that Plaintiff was negligent in whole or in part thereby reducing or eliminating any damage owing by these Answering Defendants by way of the doctrine of comparative negligence.

29.     Although these Answering Defendants do not presently have specific facts in support of the remaining defenses, it wishes to put counsel for Plaintiff upon notice that they hereby raise the following defenses which, through subsequent discovery, may indeed be supported by the facts: assumption of risk, statute of limitations, insufficiency of process and insufficiency of service of process and failure to mitigate damages.

30.     As and for a separate defense, and in the alternative, these Answering Defendants allege that they did not have notice of the allegedly dangerous condition as set forth in Plaintiff's Complaint, thereby reducing or eliminating any assessment of fault against these

9915828.1

Answering Defendants.   Additionally, the incident was not the result of an unreasonably dangerous condition.

WHEREFORE, having fully answered the Complaint, these Answering Defendants request that judgment be entered in its favor as follows:

1.     Dismissing the Complaint;

2.     Awarding these Answering Defendants their taxable costs; and

3.     Awarding these Answering Defendants such other and further relief as this Court deems just and proper.

DATED this 16th day of November, 2021.

JONES, SKELTON & HOCHULI P.L.C.


By /s/ Jefferson T. Collins
        Jefferson T. Collins
        40 N. Central Avenue, Suite 2700
        Phoenix, Arizona 85004
        Attorneys for Defendants

5

9915828.1

ORIGINAL of the foregoing electronically filed
this 16th day of November, 2021.

COPY of the foregoing e-mailed
this 16th day of November, 2021, to:

Michael E. Medina, Jr.
Steven E. Weinberger
Dwayne D. Barns
DAVIS MILES MCGUIRE GARDNER
40 E. Rio Salado Parkway, Suite 425
Tempe, Arizona 85281


/s/ Kathy Kleinschmidt

9915828.1

Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
11/16/2021 8:57:07 AM
Filing ID 13613661

1 | Jefferson T. Collins, Bar #016428
JONES, SKELTON & HOCHULI P.L.C.
2 | 40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
3 | Telephone: (602) 263-7346
Fax: (602) 200-7825
4 | jcollins@jshfirm.com
minuteentries@jshfirm.com
5 |
Attorneys for Defendants Target Corporation
6 | and Target Stores

7 |

8 | **SUPERIOR COURT OF THE STATE OF ARIZONA**

9 | **COUNTY OF MARICOPA**

10 | KATHLEEN ALBERT,                    NO. CV2021-015530

11 |                          Plaintiff,  **DEFENDANTS' CERTIFICATE
REGARDING COMPULSORY
ARBITRATION**

12 |          v.

13 | TARGET CORPORATION, a foreign      (Assigned to the Honorable John Hannah)
corporation; TARGET STORES, INC., a
14 | foreign corporation; ABC PARTNERSHIPS I
through X; and BLACK CORPORATIONS I
15 | through X,

16 |                          Defendants.

17 |

18 |          Defendants hereby certify that they agree with Plaintiff that this matter is subject to

19 | Compulsory Arbitration.

20 |

21 |

22 |

23 |

24 | . . .

25 | . . .

9915962.1

1    DATED this 16th day of November, 2021.

2                              JONES, SKELTON & HOCHULI P.L.C.

3

4                              By /s/ Jefferson T. Collins
                                  Jefferson T. Collins
5                                 40 N. Central Avenue, Suite 2700
                                  Phoenix, Arizona 85004
6                                 Attorneys for Defendants Target Corporation and
                                  Target Stores
7

8    ORIGINAL of the foregoing electronically filed
     this 16th day of November, 2021.
9

     COPY of the foregoing e-mailed
10   this 16th day of November, 2021, to:

11   Michael E. Medina, Jr.
     Steven E. Weinberger
12   Dwayne D. Barns
     DAVIS MILES MCGUIRE GARDNER
13   40 E. Rio Salado Parkway, Suite 425
     Tempe, Arizona 85281
14

15

16   /s/ Kathy Kleinschmidt

17

18

19

20

21

22

23

24

25

26

                                    2

9915962.1

**Davis Miles**
**McGuire Gardner**

40 E. Rio Salado Parkway, Suite 425
Tempe, AZ  85281
Telephone:  (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

**Michael Medina, Jr., SBN 014846**
mmedina@davismiles.com
**Steven Weinberger, SBN 015349**
sweinberger@davismiles.com

*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| KATHLEEN ALBERT, | **Case No:** CV2021-015530 |
| Plaintiff, | |
| v. | |
| TARGET CORPORATION, a foreign corporation; TARGET STORES, INC., a foreign corporation, ABC PARTNERSHIPS I through X, and BLACK CORPORATIONS I through X, | **AMENDED CERTIFICATE OF COMPULSORY ARBITRATION** |
| Defendants. | |

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs does exceed the limits set by Maricopa County Local Rule 3.10 for compulsory arbitration. This case is **not** subject to the Rules of Civil Procedure for Arbitration.

Respectfully submitted December 2, 2021.

1

**DAVIS MILES MCGUIRE GARDNER, PLLC**

*Michael E. Medina, Jr.*

By: _____
    Michael E. Medina, Jr.,
    Steven Weinberger,
    *Attorneys for Plaintiffs*

**ORIGINAL** of the foregoing filed
on December 2, 2021, with:

Clerk of the Court
Maricopa County Superior

COPY of foregoing emailed:
On December 2, 2021, to:

Jeff Collins
Jones Skelton & Hochuli, P.L.C.
40 N. Central Ave, Suite 2700
Phoenix, AZ 85004
jcollins@jshfirm.com

*/s/Marisela G. Cuevas*
    s

2